UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

McKAYLA O'DAIR,)
)
    Plaintiff,) CASE NO. C05-131-TSZ
)
v.)
)
JO ANNE B. BARNHART, Commissioner of ) ORDER OF DISMISSAL
Social Security Administration,)
)
    Defendant.)

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's complaint is DENIED, and this action is DISMISSED with prejudice; and

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Benton.

DATED this <u>20th</u> day of March, 2006.

                                                             Thomas S. Zilly
                                                             United States District Judge